UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANNA N. SIERRA, individually and on behalf of a class of all others similarly situated,

Plaintiff,

- against -

JPMORGAN CHASE & CO., NCO GROUP, INC., BICKERSTAFF, HEATH, DELGADO & ACOSTA, LLP, and JOHN DOES 1-150,

Defendants.

13 Civ. 0656

ECF CASE



### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff Johanna Sierra, by her attorneys, hereby gives notice of the voluntary dismissal of her action, *Sierra v. JP Morgan Chase & Co. et al.*, Civil Action No. 13 Civ. 0656, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). In accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendants have filed an answer or a motion for summary judgment and before certification of any class.

Dated: White Plains, New York
February 21, 2013

／S／ *Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Todd S. Garber
D. Greg Blankinship
MEISELMAN, PACKMAN, NEALON,
SCIALABBA & BAKER P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000

*Attorneys for Plaintiff*

SO ORDERED

[signature]
US DJ
2-27-13

2

## CERTIFICATE OF SERVICE

This is to certify that on February 21, 2013, I caused to be electronically filed Plaintiff's Notice Of Voluntary Dismissal Pursuant To Fed. Rule Civ. P. 41(a)(i)(A)(1). Accordingly, I also certify that the foregoing is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. Counsel who have not signed up for Notices of Electronic Filing have consented to service by electronic mail, and I certify that such counsel will be served by electronic mail today.

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson